# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 1:16-BK-10296-REG |
| | § | |
| WESLEY HEALTHCARE, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Martin E. Seifert, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $330,431.16 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $291,154.55 | | |

3)        Total gross receipts of $621,585.71  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $621,585.71 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,025,000.00 | $14,229.56 | $14,229.56 | $14,229.56 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $291,154.55 | $291,154.55 | $291,154.55 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $155,724.59 | $155,724.59 | $155,724.59 |
| General Unsecured Claims (from **Exhibit 7**) | $45,876.90 | $15,985,186.72 | $3,735,186.72 | $160,477.01 |
| **Total Disbursements** | $3,070,876.90 | $16,446,295.42 | $4,196,295.42 | $621,585.71 |

4).  This case was originally filed under chapter 7 on 02/29/2016.  The case was pending for 63 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/12/2021                                    By:    /s/ Martin E. Seifert
                                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Farmers and Merchants Bank - Checking | 1129-000 | $1,403.38 |
| Collection against Donlad G. McCall and Judith | 1149-000 | $1,300.00 |
| Collection against Ruby O. Gray and Dana | 1149-000 | $894.61 |
| Collection against Willie White | 1149-000 | $185.00 |
| Medicaid deviation payment from Phillip | 1149-000 | $25,595.00 |
| Account Receivable owed by JoAnn McGinnis | 1221-000 | $11,762.38 |
| Money in trust account of Burt Blee Dixon Sutton | 1229-000 | $936.33 |
| Alter Ego claim against principal or sister comp | 1249-000 | $579,509.01 |
| **TOTAL GROSS RECEIPTS** | | $621,585.71 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Internal Revenue Service | 4300-000 | $0.00 | $14,229.56 | $14,229.56 | $14,229.56 |
| | Internal Revenue Services | 4110-000 | $3,025,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $3,025,000.00 | $14,229.56 | $14,229.56 | $14,229.56 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Martin E. Seifert, Trustee | 2100-000 | NA | $34,329.29 | $34,329.29 | $34,329.29 |
| Martin E. Seifert, Trustee | 2200-000 | NA | $251.84 | $251.84 | $251.84 |
| Rabobank, N.A. | 2600-000 | NA | $376.99 | $376.99 | $376.99 |
| Veritex Community Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| HALLER & COLVIN, P.C., Attorney for Trustee | 3110-000 | NA | $44,907.75 | $44,907.75 | $44,907.75 |

| | | | | | |
|---|---|---|---|---|---|
| HALLER & COLVIN, P.C., Attorney for Trustee | 3120-000 | NA | $256.11 | $256.11 | $256.11 |
| HALLER & COLVIN, P.C., Special Counsel for Trustee | 3210-600 | NA | $193,167.73 | $193,167.73 | $193,167.73 |
| HALLER & COLVIN, P.C., Special Counsel for Trustee | 3220-610 | NA | $16,174.84 | $16,174.84 | $16,174.84 |
| CHARLES D. HOLM COURT REPORTERS, INC., Other Professional | 3991-000 | NA | $1,340.00 | $1,340.00 | $1,340.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $291,154.55 | $291,154.55 | $291,154.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | $0.00 | $155,724.59 | $155,724.59 | $155,724.59 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $155,724.59 | $155,724.59 | $155,724.59 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | George E. Rinker | 7100-000 | $0.00 | $10,000,000.00 | $0.00 | $0.00 |
| 2U | Internal Revenue Service | 7100-000 | $0.00 | $3,212,669.43 | $3,212,669.43 | $138,027.79 |
| 3 | The Estate of Carrie Etta McGoffney | 7100-000 | $0.00 | $1,250,000.00 | $0.00 | $0.00 |
| 4 | Humana Inc. and its affiliates | 7100-000 | $31,255.08 | $22,517.29 | $22,517.29 | $967.43 |
| 5 | Dwayne L. Gill | 7100-000 | $0.00 | $1,000,000.00 | $0.00 | $0.00 |
| 6 | The Estate of Darlene Gill | 7100-000 | $0.00 | $500,000.00 | $500,000.00 | $21,481.79 |
| | Aenta, Inc. | 7100-000 | $1,145.61 | $0.00 | $0.00 | $0.00 |
| | All-Med Medical Supply, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Amanda M. | 7100-000 | $325.32 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Kester | | | | | |
| | America's Best Medical Oxygen | 7100-000 | $12,000.00 | $0.00 | $0.00 | $0.00 |
| | Dwayne L. Gill | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | George E Rinker | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kelly McGoffney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | P.E.T. Imaging Services, LLC | 7100-000 | $1,150.89 | $0.00 | $0.00 | $0.00 |
| | The Estate of Carrie Etta McGoffney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | The Estate of Darlene Gill | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | The Estate of Robin A. Rinker | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $45,876.90 | $15,985,186.72 | $3,735,186.72 | $160,477.01 |

**FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit 8

**ASSET CASES**

| | | |
|---|---|---|
| Case No.: | 16-10296-REG | |
| Case Name: | WESLEY HEALTHCARE, INC. | |
| For the Period Ending: | 5/12/2021 | |

| | |
|---|---|
| Trustee Name: | Martin E. Seifert |
| Date Filed (f) or Converted (c): | 02/29/2016 (f) |
| §341(a) Meeting Date: | 03/31/2016 |
| Claims Bar Date: | 06/29/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Farmers and Merchants Bank - Checking | $1,423.38 | $1,423.38 | | $1,403.38 | FA |
| 2 | Collection against Ruby O. Gray and Dana | $1,432.50 | $1,432.50 | | $894.61 | FA |
| **Asset Notes:** | Skeens in favor of Debtor. Per letter from Attorney Wes Steury dated May 10, 2018, there is a balance owed on this account in the amount of $638. 03/19/17 I received funds from collection attorney | | | | | |
| 3 | Collection against Donlad G. McCall and Judith | $8,913.00 | $8,913.00 | | $1,300.00 | FA |
| **Asset Notes:** | McCall. Per Debtor's counsel, balance remaining on this account as of May 10, 2018, is $7,613. Debtor's counsel reports that Ms. McCall makes regular monthly payments of $50 per month. | | | | | |
| 4 | Collection against Willie White | $2,460.68 | $2,460.68 | | $185.00 | FA |
| **Asset Notes:** | Mr. White has made payments on the account of his deceased wife, on which there remains a balance of $2,525 per Debtor's counsel on May 10, 2018 | | | | | |
| 5 | Medicaid deviation payment from Phillip | Unknown | $25,595.00 | | $25,595.00 | FA |
| **Asset Notes:** | Egyhazi in favor of Debtor. Funds were paid to law firm of Debtor's counsel by Healthwin Specialized Care in South Bend on behalf of Phillip Egyhazi. Mr. Egyhazi died on July 28, 2017, and counsel said no payments have been received since then. I am investigating if any remaining value exists for this. | | | | | |
| 6 | Alter Ego claim against principal or sister comp **(u)** | Unknown | $530,000.00 | | $579,509.01 | FA |
| **Asset Notes:** | I am investigating alter ego claim or fraudulent conveyance. I estimated the value of the claim. I revised for the approved settlement amount. | | | | | |
| 7 | Money in trust account of Burt Blee Dixon Sutton **(u)** | $936.33 | $936.33 | | $936.33 | FA |
| **Asset Notes:** | & Bloom since May 22, 2012. No other information regarding source of funds was provided by Debtor's counsel. | | | | | |
| 8 | claim against Wesley Property for fraudulent conveyance | $0.00 | $1,000,000.00 | | $0.00 | FA |
| 9 | Account Receivable owed by JoAnn McGinnis **(u)** | $0.00 | $11,762.38 | | $11,762.38 | FA |

**TOTALS (Excluding unknown value)**

<u>Gross Value of Remaining Assets</u>

| | | |
|---|---|---|
| $15,165.89 | $1,582,523.27 | |
| | | $621,585.71     $0.00 |

**Major Activities affecting case closing:**

Submitted TDR to USTP for review.

The IRS has still not negotiated the distribution checks. I am contacting the IRS agent.

Sent TFR & NFR to UST

Filed App Comp & Exp, App for Attorney Fees and App to Pay Special Counsel - noticed to 9/14/2020

I am expecting the final settlement payments.

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No.: | 16-10296-REG | |
| Case Name: | WESLEY HEALTHCARE, INC. | |
| For the Period Ending: | 5/12/2021 | |

| | |
|---|---|
| Trustee Name: | Martin E. Seifert |
| Date Filed (f) or Converted (c): | 02/29/2016 (f) |
| §341(a) Meeting Date: | 03/31/2016 |
| Claims Bar Date: | 06/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

The Gill claim by husband was withdrawn.  The claim for Mrs. Gill was amended to $500,000 and I will not object.  I reviewed evidence of neglect and damages to her and potential distribution on the unsecured claim is not sufficient to litigate further.

I received the monthly payments.  Attorney Laux for Gill will be amending the claim.

McGoffney filed a late motion for additional time and the court entered an order declaring it as moot since the order was already entered.

I noted that I have not received the monthly settlement payment since January 20, 2020 and am following up on that issue.

The court sustained my objection to the claim of the estate of mcgoffney.  Attorney Laux agreed to amend claims of the Gills and I will not object to the amended claims.

Kelly McGoffney filed a response to my objection to the claim of the estate of Carrie Etta Mills.  The court issued an order to show cause requiring the response to be filed by an attorney for the estate by April 8 or it will be stricken.   That deadline has now passed and I anticipate the court will enter its order doing so.

I reviewed documentation from Attorney Chris Laux regarding claims 5 and 6 for Dwayne Gill and the Estate of Darlene Gill and agreed that is could be estimated for $500,000 pursuant to 11 USC 502(c).

rg:Filed Objection to Claim 3 - noticed to 3/30/2020

I have been receiving the monthly payments agreed to in the settlement.  I expect final payment in July 2020.  I will begin objection to claims.

rg:Filed Motion to Approve Settlement - noticed to 9/16/19

I agreed to settlement with Wesley Property.  It will pay $10,000 and agree to split of distribution between Auburn Investments and bankruptcy estate from the note due in July 20s0.

I settled with Lee Pense and Auburn Investments and have filed a motion to approve settlement.  I am continuing negotiations and litigation with Wesley Property.

Litigation against Lee Pense, Auburn Investments and Wesley Property, the buyer, is ongoing.  Mediation was held in early January which was unsuccessful at the time, but we have continue negotiations with Lee Pense and Auburn Investments.  I am completing notice of expert report on valuation and damages to estate.

09/06/16:rg:Sent joint stipulation and motion to approve to McGoffney for review

03/25/17 I am investigating potential causes of action.

# FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| **Case No.:** | 16-10296-REG |
| **Case Name:** | WESLEY HEALTHCARE, INC. |
| **For the Period Ending:** | 5/12/2021 |

| | |
|---|---|
| **Trustee Name:** | Martin E. Seifert |
| **Date Filed (f) or Converted (c):** | 02/29/2016 (f) |
| **§341(a) Meeting Date:** | 03/31/2016 |
| **Claims Bar Date:** | 06/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

I am investigating potential claims for fraudulent transfers and/or alter ego claims.

04/19/16 I receive small collection amounts.

10/05/16 I have been working with personal injury/wrongful death claimants re claims and stipulations to allow them to proceed against insurance.  It is unclear if insurance existed at the times of all the injuries.

12/05/16 I conducted 2004 exam of principal of debtor.  I am working with counsel Scot Skekloff re 2004 exams of purchasers of assets and seeking all information from accountants and attorneys of debtors.

01/02/17 I am seeking all correspondence from the debtors counsel and am moving forward with discovery.

03/14/17  I am continuing investigation.

09/20/17  I have decided to hire firm on contingency basis to pursue the claim for fraudulent transfer, alter ego liability, etc.

10/27/17  I filed a complaint against various defendants on the claim.

02/12/18  Defendants have appeared by counsel.  Special counsel is proceeding with discovery.

04/07/18  We are responding to motion to quash filed by Pense defendants.

06/14/18 Discovery and litigation is ongoing.

06/14/18 Debtor's counsel was collecting funds from prior patients and information and funds were just provided to me.  I am demanding any funds collected in the future.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2018 | /s/ MARTIN E. SEIFERT |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2020 | MARTIN E. SEIFERT |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No.: | 16-10296-REG |
| Case Name: | WESLEY HEALTHCARE, INC. |
| Primary Taxpayer ID #: | **-***8017 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 2/29/2016 |
| For Period Ending: | 5/12/2021 |

| | |
|---|---|
| Trustee Name: | Martin E. Seifert |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******9601 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $36,630,939.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 09/12/2018 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $28,597.33 | | $28,597.33 |
| 05/17/2019 | (6) | BURT, BLEE, DIXON, SUTTON & BLOOM, LLP | PAYMENT ON SETTLEMENT | 1249-000 | $3,000.00 | | $31,597.33 |
| 06/18/2019 | (6) | BURT, BLEE, DIXO, SUTTON & BLOOM, LLP | PAYMENT ON SETTLEMENT | 1249-000 | $1,000.00 | | $32,597.33 |
| 06/18/2019 | (9) | DONNA R. AND DARRELL L. YOUNG | PAYMENT OF ACCOUNT RECEIVABLE FOR JOANN MCGINNIS | 1221-000 | $11,762.38 | | $44,359.71 |
| 08/22/2019 | (6) | BURT BLEE DIXON SUTTON & BLOOM LLP | PAYMENT ON SETTLEMENT | 1249-000 | $1,000.00 | | $45,359.71 |
| 09/26/2019 | (6) | BURT BLEE DIXON SUTTON & BLOOM, LLP | PAYMENT ON SETTLEMENT | 1249-000 | $1,000.00 | | $46,359.71 |
| 09/26/2019 | (6) | BURT BLEE DIXON SUTTON & BLOOM, LLP | PAYMENT ON SETTLEMENT | 1249-000 | $1,000.00 | | $47,359.71 |
| 10/08/2019 | (6) | AUBURN VILLAGE, LLC | Payment pursuant to settlement of alter ego claim against Auburn Village, LLC | 1249-000 | $10,000.00 | | $57,359.71 |
| 10/30/2019 | (6) | BURT BLEE DIXON SUTTON & BLOOM, LLP | PAYMENT ON SETTLEMENT | 1249-000 | $1,000.00 | | $58,359.71 |
| 11/27/2019 | (6) | BURT BLEE DIXON SUTTON & BLOOM LLP | PAYMENT ON SETTLEMENT | 1249-000 | $1,000.00 | | $59,359.71 |
| 12/26/2019 | (6) | BURT, BLEE, DIXON, SUTTON & BLOOM, LLP | PAYMENT ON SETTLEMENT | 1249-000 | $1,000.00 | | $60,359.71 |
| 01/20/2020 | (6) | BURT, BLEE, DIXON, SUTTON & BLOOM, LLP | PAYMENT ON SETTLEMENT | 1249-000 | $1,000.00 | | $61,359.71 |
| 04/27/2020 | (6) | Burt Blee Dixon Sutton & Bloom | settlement payment | 1249-000 | $1,000.00 | | $62,359.71 |
| 04/27/2020 | (6) | Burt Blee Dixon Sutton & Bloom | settlement payment | 1249-000 | $1,000.00 | | $63,359.71 |
| 04/27/2020 | (6) | Burt Blee Dixon Sutton & Bloom | settlement payment | 1249-000 | $1,000.00 | | $64,359.71 |
| 05/18/2020 | (6) | Burt Blee Dixon Sutton & Bloom,LLP | payment plan | 1249-000 | $1,000.00 | | $65,359.71 |
| 06/23/2020 | (6) | BURT BLEE DIXON SUTTON & BLOOM LLP | PAYMENT ON SETTLEMENT | 1249-000 | $1,000.00 | | $66,359.71 |
| 08/11/2020 | (6) | Eric A. Rothner | Payment of settlement | 1249-000 | $526,559.07 | | $592,918.78 |
| | | | **SUBTOTALS** | | $592,918.78 | $0.00 | |

**FORM 2**

Page No: 2        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-10296-REG | | Trustee Name: | Martin E. Seifert |
| Case Name: | WESLEY HEALTHCARE, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8017 | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/29/2016 | | Blanket bond (per case limit): | $36,630,939.00 |
| For Period Ending: | 5/12/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/11/2020 | (6) | Burt, Blee, Dixon, Sutton & Bloom LLP | Payment of settlement | 1249-000 | $26,949.94 | | $619,868.72 |
| 09/18/2020 | 5001 | HALLER & COLVIN, P.C. | Special counsel for Trustee fees as approved pursuant to the Court's order entered September 17, 2020 | 3210-600 | | $193,167.73 | $426,700.99 |
| 09/18/2020 | 5002 | HALLER & COLVIN, P.C. | Special counsel for Trustee expenses as approved per the Court's order dated September 17, 2020 | 3220-610 | | $16,174.84 | $410,526.15 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $683.83 | $409,842.32 |
| 11/02/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | ($683.83) | $410,526.15 |
| 11/09/2020 | 5003 | Martin E. Seifert | Trustee Compensation | 2100-000 | | $34,329.29 | $376,196.86 |
| 11/09/2020 | 5004 | Martin E. Seifert | Trustee Expenses | 2200-000 | | $251.84 | $375,945.02 |
| 11/09/2020 | 5005 | HALLER & COLVIN, P.C. | Account Number: ; Claim #: ; Amount Claimed: 256.11; Distribution Dividend: 100.00; | 3120-000 | | $256.11 | $375,688.91 |
| 11/09/2020 | 5006 | HALLER & COLVIN, P.C. | Account Number: ; Claim #: ; Amount Claimed: 44,907.75; Distribution Dividend: 100.00; | 3110-000 | | $44,907.75 | $330,781.16 |
| 11/09/2020 | 5007 | Clerk, U.S. Bankruptcy Court | Account Number: ; Claim #: ; Amount Claimed: 350.00; Distribution Dividend: 100.00; | 2700-000 | | $350.00 | $330,431.16 |
| 11/09/2020 | 5008 | Internal Revenue Service | Account Number: ; Claim #: 2; Amount Claimed: 155,724.59; Distribution Dividend: 100.00; | 5800-000 | | $155,724.59 | $174,706.57 |
| 11/09/2020 | 5009 | Internal Revenue Service | Account Number: ; Claim #: 2; Amount Claimed: 14,229.56; Distribution Dividend: 100.00; | 4300-000 | | $14,229.56 | $160,477.01 |
| 11/09/2020 | 5010 | Internal Revenue Service | Account Number: ; Claim #: 2; Amount Claimed: 3,212,669.43; Distribution Dividend: 4.30; | 7100-000 | | $138,027.79 | $22,449.22 |
| 11/09/2020 | 5011 | Humana Inc. and its affiliates | Account Number: ; Claim #: 4; Amount Claimed: 22,517.29; Distribution Dividend: 4.30; | 7100-000 | | $967.43 | $21,481.79 |
| 11/09/2020 | 5012 | The Estate of Darlene Gill | Account Number: ; Claim #: 6; Amount Claimed: 500,000.00; Distribution Dividend: 4.30; | 7100-000 | | $21,481.79 | $0.00 |
| 04/14/2021 | 5008 | STOP PAYMENT: Internal Revenue Service | Account Number: ; Claim #: 2; Amount Claimed: 155,724.59; Distribution Dividend: 100.00; | 5800-004 | | ($155,724.59) | $155,724.59 |
| 04/14/2021 | 5009 | STOP PAYMENT: Internal Revenue Service | Account Number: ; Claim #: 2; Amount Claimed: 14,229.56; Distribution Dividend: 100.00; | 4300-004 | | ($14,229.56) | $169,954.15 |
| | | | **SUBTOTALS** | | $26,949.94 | $449,914.57 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-10296-REG | Trustee Name: | Martin E. Seifert |
|---|---|---|---|
| Case Name: | WESLEY HEALTHCARE, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8017 | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/29/2016 | Blanket bond (per case limit): | $36,630,939.00 |
| For Period Ending: | 5/12/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/14/2021 | 5010 | STOP PAYMENT: Internal Revenue Service | Account Number: ; Claim #: 2; Amount Claimed: 3,212,669.43; Distribution Dividend: 4.30; | 7100-004 | | ($138,027.79) | $307,981.94 |
| 04/14/2021 | 5013 | Internal Revenue Service | Account Number: ; Claim #: 2; Amount Claimed: 155,724.59; Distribution Dividend: 100.00; | 5800-000 | | $155,724.59 | $152,257.35 |
| 04/14/2021 | 5014 | Internal Revenue Service | Account Number: ; Claim #: 2; Amount Claimed: 14,229.56; Distribution Dividend: 100.00; | 4300-000 | | $14,229.56 | $138,027.79 |
| 04/14/2021 | 5015 | Internal Revenue Service | Account Number: ; Claim #: 2; Amount Claimed: 3,212,669.43; Distribution Dividend: 4.30; | 7100-000 | | $138,027.79 | $0.00 |
| | | | **TOTALS:** | | $619,868.72 | $619,868.72 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $28,597.33 | $0.00 | |
| | | | **Subtotal** | | $591,271.39 | $619,868.72 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $591,271.39 | $619,868.72 | |

| For the period of 2/29/2016 to 5/12/2021 | | For the entire history of the account between 09/12/2018 to 5/12/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $591,271.39 | Total Compensable Receipts: | $591,271.39 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $591,271.39 | Total Comp/Non Comp Receipts: | $591,271.39 |
| Total Internal/Transfer Receipts: | $28,597.33 | Total Internal/Transfer Receipts: | $28,597.33 |
| | | | |
| Total Compensable Disbursements: | $619,868.72 | Total Compensable Disbursements: | $619,868.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $619,868.72 | Total Comp/Non Comp Disbursements: | $619,868.72 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-10296-REG | | Trustee Name: | Martin E. Seifert |
| Case Name: | WESLEY HEALTHCARE, INC. | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8017 | | Checking Acct #: | ******5666 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 2/29/2016 | | Blanket bond (per case limit): | $36,630,939.00 |
| For Period Ending: | 5/12/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/19/2016 | (2) | BURT BLEE DIXON SUTTON BLOOM LLP | COLLECTION OF DANA SKEENS (RUBY GRAY) | 1149-000 | $50.00 | | $50.00 |
| 04/19/2016 | (3) | BURT BLEE DIXON SUTTON & BLOOM LLLP | CIVILCOLLECTION AGAINST JUDITH MC CALL | 1149-000 | $50.00 | | $100.00 |
| 04/19/2016 | (4) | BURT BLEE DIXON SUTTON & BLOOM LLP | CIVIL COLLECTION AGAINST WILLIE WHITE | 1149-000 | $20.00 | | $120.00 |
| 04/27/2016 | (2) | BURT BLEE DIXON SUTTON & BLOOM LLP | DANA SKEENS - COLLECTION | 1149-000 | $50.00 | | $170.00 |
| 04/27/2016 | (3) | BURT BLEE DIXON SUTTON & BLOOM | JUDITH MC CALL - COLLECTION | 1149-000 | $50.00 | | $220.00 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $210.00 |
| 05/20/2016 | (2) | BURT BLEE DIXON SUTTON & BLOOM LLP | ACCOUNT RECEIVABLE - DANA SKEENS | 1149-000 | $50.00 | | $260.00 |
| 05/20/2016 | (3) | BURT BLEE DIXON SUTTON & BLOOM LLP | ACCOUNT RECEIVABLE - JUDITH MCCALL | 1149-000 | $50.00 | | $310.00 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $300.00 |
| 06/01/2016 | (4) | BURT, BLEE, DIXON, SUTTON & BLOOM | PAYMENT ON ACCOUNT RECEIVABLE | 1149-000 | $40.00 | | $340.00 |
| 06/29/2016 | (1) | FARMERS & MERCHANTS STATE BANK | CLOSED CHECKING ACCOUNT WITH FARMERS & MERCHANTS BANK | 1129-000 | $1,403.38 | | $1,743.38 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $1,733.38 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $1,723.38 |
| 08/09/2016 | 101 | CHARLES D. HOLM COURT REPORTERS, INC. | PAYMENT FOR REPORTING AND TRANSCRIBING B.R. 2004 EXAM OF LEE PENSE | 3991-000 | | $1,340.00 | $383.38 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $373.38 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $363.38 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $353.38 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $343.38 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $333.38 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $323.38 |
| | | | **SUBTOTALS** | | $1,763.38 | $1,440.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-10296-REG | **Trustee Name:** Martin E. Seifert |
| **Case Name:** | WESLEY HEALTHCARE, INC. | **Bank Name:** Rabobank, N.A. |
| **Primary Taxpayer ID #:** | **-***8017 | **Checking Acct #:** ******5666 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking Account |
| **For Period Beginning:** | 2/29/2016 | **Blanket bond (per case limit):** $36,630,939.00 |
| **For Period Ending:** | 5/12/2021 | **Separate bond (if applicable):** |

| 1<br>Transaction<br>Date | 2<br>Check /<br>Ref. # | 3<br>Paid to/<br>Received From | 4<br>Description of Transaction | Uniform<br>Tran Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Balance |
|---|---|---|---|---|---|---|---|
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $313.38 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $303.38 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $293.38 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $283.38 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $273.38 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $263.38 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $253.38 |
| 09/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $243.38 |
| 10/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $233.38 |
| 11/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $223.38 |
| 12/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $213.38 |
| 01/31/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $203.38 |
| 02/28/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $193.38 |
| 03/30/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $183.38 |
| 04/30/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $173.38 |
| 05/31/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $163.38 |
| 06/18/2018 | (2) | BURT, BLEE, DIXON, SUTTON & BLOOM LLP | PAYMENT ON ACCOUNT RECEIVABLE - RUBY O. GRAY AND DANA SKEENS | 1149-000 | $744.61 | | $907.99 |
| 06/18/2018 | (3) | BURT, BLEE, DIXON, SUTTON & BLOOM LLP | PAYMENT ON ACCOUNT RECEIVABLE - DONALD G. AND JUDITH MCCALL | 1149-000 | $1,150.00 | | $2,057.99 |
| 06/18/2018 | (4) | BURT, BLEE, DIXON, SUTTON & BLOOM LLP | PAYMENT ON ACCOUNT RECEIVABLE - WILLIE WHITE | 1149-000 | $125.00 | | $2,182.99 |
| 06/18/2018 | (5) | BURT, BLEE, DIXON, SUTTON & BLOOM LLP | PAYMENT ON ACCOUNT RECEIVABLE - PHILIP EGYHAZI | 1149-000 | $25,595.00 | | $27,777.99 |
| 06/18/2018 | (7) | BURT,BLEE,DIXON,SUTTON & BLOOM LLP | MONEY IN TRUST ACCOUNT OF BURT BLEE DIXON SUTTON & BLOOM SINCE MAY 22, 2012 - SOURCE OF FUNDS NOT PROVIDED BY ATTORNEY FOR DEBTOR | 1229-000 | $936.33 | | $28,714.32 |
| 06/29/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.91 | $28,700.41 |
| | | | **SUBTOTALS** | | $28,550.94 | $173.91 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 16-10296-REG | Trustee Name: | Martin E. Seifert |
| Case Name: | WESLEY HEALTHCARE, INC. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8017 | Checking Acct #: | ******5666 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 2/29/2016 | Blanket bond (per case limit): | $36,630,939.00 |
| For Period Ending: | 5/12/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $44.03 | $28,656.38 |
| 08/31/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $42.59 | $28,613.79 |
| 09/12/2018 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $16.46 | $28,597.33 |
| 09/12/2018 | | Green Bank | Transfer Funds | 9999-000 | | $28,597.33 | $0.00 |
| | | | **TOTALS:** | | $30,314.32 | $30,314.32 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $28,597.33 | |
| | | | **Subtotal** | | $30,314.32 | $1,716.99 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $30,314.32 | $1,716.99 | |

| **For the period of 2/29/2016 to 5/12/2021** | | **For the entire history of the account between 04/19/2016 to 5/12/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $30,314.32 | Total Compensable Receipts: | $30,314.32 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,314.32 | Total Comp/Non Comp Receipts: | $30,314.32 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,716.99 | Total Compensable Disbursements: | $1,716.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,716.99 | Total Comp/Non Comp Disbursements: | $1,716.99 |
| Total Internal/Transfer Disbursements: | $28,597.33 | Total Internal/Transfer Disbursements: | $28,597.33 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-10296-REG | **Trustee Name:** | Martin E. Seifert |
| **Case Name:** | WESLEY HEALTHCARE, INC. | **Bank Name:** | Rabobank, N.A. |
| **Primary Taxpayer ID #:** | **-***8017 | **Checking Acct #:** | ******5666 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 2/29/2016 | **Blanket bond (per case limit):** | $36,630,939.00 |
| **For Period Ending:** | 5/12/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $621,585.71 | $621,585.71 | $0.00 |

| **For the period of 2/29/2016 to 5/12/2021** | | **For the entire history of the case between 02/29/2016 to 5/12/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $621,585.71 | Total Compensable Receipts: | $621,585.71 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $621,585.71 | Total Comp/Non Comp Receipts: | $621,585.71 |
| Total Internal/Transfer Receipts: | $28,597.33 | Total Internal/Transfer Receipts: | $28,597.33 |
| | | | |
| Total Compensable Disbursements: | $621,585.71 | Total Compensable Disbursements: | $621,585.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $621,585.71 | Total Comp/Non Comp Disbursements: | $621,585.71 |
| Total Internal/Transfer Disbursements: | $28,597.33 | Total Internal/Transfer Disbursements: | $28,597.33 |

/s/ MARTIN E. SEIFERT

MARTIN E. SEIFERT